**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| E-WATCH, INC. AND<br>E-WATCH CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD.<br>AND HUAWEI TECHNOLOGIES USA,<br>INC.,<br><br>Defendants. | § § § § § Civil Action No. 2:13-cv-1076-JRG-RSP<br>§ § § § § § § § |

**STIPULATION OF ACCEPTANCE OF SERVICE AND
JOINT STIPULATED MOTION TO EXTEND TIME TO ANSWER**

Plaintiffs e-Watch, Inc. and e-Watch Corporation and Defendants Huawei Technologies Co., Ltd. and Huawei Technologies USA, Inc. jointly come before the Court and stipulate that:

- Defendant Huawei Technologies Co., Ltd. agrees to waive formal service of process pursuant to the Hague convention and consents to service of the summons and the amended complaint in this action by delivery via electronic mail to counsel of record for Defendant Huawei Technologies Co., Ltd., as reflected in the signature block below; and

- Defendant Huawei Technologies USA, Inc. agrees to waive formal service of process and consents to service of the summons and the amended complaint in this action by delivery via electronic mail to counsel of record for Defendant Huawei Technologies USA, as reflected in the signature block below.

In return for the above, Plaintiffs agree to extend the time within which all named Defendants must file answers. Pursuant to Local Rule CV-12, the parties jointly move the Court to set the date by which Defendants Huawei Technologies Co., Ltd. and Huawei Technologies USA, Inc. will file their answers to March 12, 2014.

DATED: January 3, 2014

Respectfully submitted,

| **COUNSEL FOR E-WATCH, INC., AND E-WATCH CORPORATION** | **COUNSEL FOR HUAWEI TECHNOLOGIES CO., LTD., AND HUAWEI TECHNOLOGIES USA, INC.** |
|---|---|
| /s/ Christopher V. Goodpastor | /s/ Scott F. Partridge |
| Christopher V. Goodpastor<br>State Bar No. 00791991<br>LEAD ATTORNEY<br>Mikal C. Watts<br>State Bar. No. 20981820<br>WATTS GUERRA LLP<br>811 Barton Springs Road, Suite 725<br>Austin, Texas 78704<br>Telephone: (512) 479-0500<br>Facsimile: (512) 479-0502<br>Email: cgoodpastor@wattsguerra.com<br>mcwatts@wattsguerra.com<br><br>Francisco Guerra, IV<br>State Bar No. 00797784<br>WATTS GUERRA LLP<br>300 Convent Street, Suite 100<br>San Antonio, Texas 78205<br>Telephone: (210) 527-0500<br>Facsimile: (210) 527-0501<br>Email: fguerra@wattsguerra.com | Scott F. Partridge (LEAD COUNSEL)<br>Texas Bar No. 00786940<br>scott.partridge@bakerbotts.com<br><br>Lisa C. Kelly<br>Texas Bar No. 24041659<br>lisa.kelly@bakerbotts.com<br><br>Masood Anjom<br>Texas Bar No. 24055107<br>masood.anjom@bakerbotts.com<br><br>Joshua P. Davis<br>Texas Bar No. 24059656<br>joshua.davis@bakerbotts.com<br><br>David Mika<br>Texas Bar No. 24088059<br>david.mika@bakerbotts.com<br><br>**BAKER BOTTS L.L.P.**<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, Texas 77002-4995<br>Telephone: (713) 229-1398<br>Facsimile: (713) 229-7798 |

Andrew G. DiNovo
State Bar No. 00790594
Adam G. Price
State Bar No. 24027750
Chester J. Shiu
State Bar No. 24071126
Stefanie T. Scott
State Bar No. 24061617
Gregory S. Donahue
State Bar No. 24012539
DINOVO PRICE ELLWANGER
& HARDY LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627
Email: adinovo@dpelaw.com
aprice@dpelaw.com
cshiu@dpelaw.com
sscott@dpelaw.com
gdonahue@dpelaw.com

T. John Ward, Jr.
State Bar No. 00794818
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, Texas 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
Email: jw@wsfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 3rd day of January, 2014 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ *Scott F. Partridge*
Scott F. Partridge