**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| E-WATCH, INC. AND<br>E-WATCH CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC.<br><br><br><br>HUAWEI DEVICE CO., LTD., AND<br>HUAWEI DEVICE USA, INC.<br><br>Defendants. | §§§§§§§§§§§§§§§§ | 2:13-CV-1061 – JRG-RSP<br>LEAD CASE<br><br><br><br><br><br><br>Civil Action No. 2:13-cv-01076<br>JURY TRIAL DEMANDED |

**HUAWEI DEVICE CO., LTD.'S
<u>CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1</u>**

Defendant Huawei Device Co., Ltd., hereby discloses the following pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Defendant Huawei Device Co., Ltd is jointly owned by Huawei Technologies Co, Ltd and Huawei Tech. Investment Co., Ltd. No publicly held company owns 10% or more of Huawei Device Co., Ltd.

Dated:  April 21, 2014										Respectfully Submitted,

*/s/ Scott F. Partridge*
Scott F. Partridge (LEAD COUNSEL)
Texas Bar No. 00786940
scott.partridge@bakerbotts.com

Lisa Kelly
Texas Bar No. 24041659
lisa.kelly@bakerbotts.com

Masood Anjom
Texas Bar No.  24055107
masood.anjom@bakerbotts.com

Joshua Davis
Texas Bar No. 24059656
joshua.davis@bakerbotts.com

**BAKER BOTTS L.L.P.**
One Shell Plaza
910 Louisiana Street
Houston, Texas  77002
Telephone: (713) 229-1569
Facsimile:  (713) 229-7769

ATTORNEYS FOR DEFENDANTS  HUAWEI DEVICE CO., LTD.; AND HUAWEI DEVICE USA, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically on April 21, 2014 in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsels who are deemed to have consented to electronic service.


*/s/ Lisa Kelly*
Lisa Kelly