**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| E-WATCH, INC. AND<br>E-WATCH CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC.<br><br><br><br>HUAWEI DEVICE CO., LTD., AND<br>HUAWEI DEVICE USA, INC.<br><br>Defendants. | § § § § § § § § § § § § § § § § | 2:13-CV-1061 – JRG-RSP<br>LEAD CASE<br><br><br><br><br><br><br><br>Civil Action No. 2:13-cv-01076<br>JURY TRIAL DEMANDED |

**HUAWEI DEVICE USA INC.'S
CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1**

Defendant Huawei Device USA, Inc., hereby discloses the following pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Defendant Huawei Device USA, Inc. is a wholly owned subsidiary of Huawei Device (Hong Kong) Co., Ltd. No publicly held company owns 10% or more of Huawei Device USA, Inc.'s stock.

Dated:  April 21, 2014                    Respectfully Submitted,

          */s/ Scott F. Partridge*
Scott F. Partridge (LEAD COUNSEL)
Texas Bar No. 00786940
scott.partridge@bakerbotts.com

Lisa Kelly
Texas Bar No. 24041659
lisa.kelly@bakerbotts.com

Masood Anjom
Texas Bar No.  24055107
masood.anjom@bakerbotts.com

Joshua Davis
Texas Bar No. 24059656
joshua.davis@bakerbotts.com

**BAKER BOTTS L.L.P.**
One Shell Plaza
910 Louisiana Street
Houston, Texas  77002
Telephone: (713) 229-1569
Facsimile:  (713) 229-7769

ATTORNEYS FOR DEFENDANTS HUAWEI DEVICE CO., LTD.; AND HUAWEI DEVICE USA, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically on April 21, 2014 in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsels who are deemed to have consented to electronic service.

*/s/ Lisa Kelly*
Lisa Kelly